■ Adeline Ballard, Appellant, v New York City Transit Authority, Respondent. [628 NYS2d 536] —Appeal by the plaintiff from an order of the Supreme Court, Richmond County (Sangiorgio, J.), dated January 6, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Sangiorgio at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.